VALLE MAKOFF LLP
JEFFREY B. VALLE (Bar No. 110060)
 jvalle@vallemakoff.com
KATHERINE P. BALATBAT (Bar No. 196758)
 KBalatbat@vallemakoff.com
11911 San Vicente Blvd., Suite 324
Los Angeles, California 90049
Telephone: (310) 476-0300
Facsimile: (310) 476-0333

Attorneys for Third Party Brian Dubinsky

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK GRANTHAM,<br><br>  Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., an Arkansas corporation,<br><br>AND<br><br>SLB TOYS USA, INC. d/b/a TOY QUEST, a New York corporation,<br><br>AND<br><br>MANLEY TOYS LTD, a Hong Kong corporation,<br><br>  Defendants. | Case No. CV11 80 182 MISC<br><br>(Action pending in the United States District Court for the Western District of Missouri Southern Division Case No. 08-3466-CV-S-GAF)<br><br>**DISCOVERY MATTER**<br><br>**STIPULATION AND [PROPOSED] ORDER ON MOTION TO QUASH THIRD PARTY SUBPOENA SERVED ON LITTLER MENDELSON, P.C.** |

2. Counsel for Brian Dubinsky will deliver all privilege/privacy logs that were created in the *Sefchick* case to counsel for SLB.

3. SLB will be responsible for removing all documents listed on the privilege/privacy logs from the set of documents and/or electronic media that will be produced to Grantham.

4. Prior to producing the documents and/or electronic media to Grantham, SLB shall provide a copy of the proposed production to the undersigned counsel for Brian Dubinsky. Counsel for Mr. Dubinsky will have two weeks to review the proposed production to confirm that no privileged/private documents will be produced to Grantham.

Dated: September 19, 2011

VALLE MAKOFF LLP

By: _____
Jeffrey B. Valle
Attorneys for Third Party
Brian Dubinsky

Dated: September 19, 2011

EWING & EWING P.C.

By: _____
R. Craig Ewing
Attorneys for Mark Grantham

VALLE MAKOFF LLP
JEFFREY B. VALLE (Bar No. 110060)
  jvalle@vallemakoff.com
KATHERINE P. BALATBAT (Bar No. 196758)
  KBalatbat@vallemakoff.com
11911 San Vicente Blvd., Suite 324
Los Angeles, California  90049
Telephone: (310) 476-0300
Facsimile:  (310) 476-0333

Attorneys for Third Party Brian Dubinsky

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK GRANTHAM,<br><br>              Plaintiff,<br><br>     v.<br><br>WAL-MART STORES, INC., an Arkansas corporation,<br><br>AND<br><br>SLB TOYS USA, INC. d/b/a TOY QUEST, a New York corporation,<br><br>AND<br><br>MANLEY TOYS LTD, a Hong Kong corporation,<br><br>              Defendants. | Case No. CV11 80 182 MISC<br><br>(Action pending in the United States District Court for the Western District of Missouri Southern Division Case No. 08-3466-CV-S-GAF)<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER ON MOTION TO QUASH THIRD PARTY SUBPOENA SERVED ON LITTLER MENDELSON, P.C.** |

Upon consideration of the stipulation filed by Third Party Brian Dubinsky and Plaintiff Mark Grantham, by and through their respective attorneys, it is hereby ordered as follows:

1. Littler Mendelson, P.C. will deliver its response to the Littler Subpoena to John S. Sandberg, counsel for SLB Toys USA, Inc. ("SLB"), who is located at Sandberg Phoenix & von Gontard P.C., 600 Washington, 15th Floor, St. Louis, Missouri 63101. Littler Mendelson, P.C., will also deliver its response to the Littler Subpoena to Jeffrey B. Valle, counsel for Brian Dubinsky, Valle Makoff LLP, 11911 San Vicente Blvd., Suite 324, Los Angeles, California 90049.

2. Counsel for Brian Dubinsky will deliver all privilege/privacy logs that were created in the *Sefchick* case to counsel for SLB.

3. SLB will be responsible for removing all documents listed on the privilege/privacy logs from the set of documents and/or electronic media that will be produced to Grantham.

4. Prior to producing the documents and/or electronic media to Grantham, SLB shall provide a copy of the proposed production to the undersigned counsel for Brian Dubinsky. Counsel for Mr. Dubinsky will have two weeks to review the proposed production to confirm that no privileged/private documents will be produced to Grantham.

IT IS SO ORDERED.

Dated: 9/21/11

Susan Illston

Hon. Susan Illston